M. P. No. 76-182. CITY OF EAST PROVIDENCE *v.* LOCAL 850, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. Case is assigned to the Calendar for October 1976 for oral argument and the same is consolidated with the case of *City of East Providence* v. *East Providence Lodge No. 1*

*Fraternal Order of Police,* 116 R. I. 939, 358 A.2d 687 (1976). *Orlando A. Andreoni,* City Solicitor, *Joseph T. Little,* Asst. City Solicitor, for petitioner. *Taft & McSally, Bernard F. McSally,* for respondent.